# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALESSI & KOENIG, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,

vs.

THLSA, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, A NEVADA LEGAL ENTITY,
Respondents.

No. 69328

FILED

JUN 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a November 4, 2015, district court order entered in an action relating to the sale of real property. On April 4, 2016, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. We explained that it was unclear if the district court had formally resolved the counterclaim, cross-claim, and third party claim filed on April 18, 2013. We also noted that it appeared that the November 4, 2015, district court order was not a final judgment because it states that the amount of damages is yet to be determined. *See* NRAP 3A(b)(1); *Lee v. GNLV, Corp.*, 116 Nev. 426. 996 P.2d 416, 417 (2000). We gave appellant 30 days within which to respond, cautioning that failure to demonstrate that we have jurisdiction could result in the dismissal of this appeal. To date, appellant has not responded. Accordingly, appellant fails to demonstrate that this court has jurisdiction over this appeal, *see Moran v. Bonneville Square Assocs.*, 117 Nev. 525,

527, 25 P.3d 898, 899 (2001) (the burden lies with appellant to demonstrate that this court has jurisdiction), and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Susan Scann, District Judge
    Alessi & Koenig, LLC
    Lipson Neilson Cole Seltzer & Garin, P.C.
    Kehoe & Associates
    Eighth District Court Clerk
    Angie Calvillo, Court Recorder

---

[1]Given this order, we take no action on the notice of failure to pay transcript fees filed on May 16, 2016.